IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CESAR VALENTIN REYES<br>Plaintiff<br>vs<br>SYNOVOS, INC.; SYNOVOS, PUERTO RICO, LLC; AMGEN MANUFACTURING LIMITED; JUAN MEDINA VISSEPO<br>Defendants | CIVIL 16-2735CCC |

**ORDER**

Having considered the Joint Motion to Modify Case Management Deadlines for Good Cause (**d.e. 48**) filed by the parties on December 18, 2017, the same is GRANTED as to the extensions requested at paragraph 7 to file the joint proposed pretrial order and to continue the pretrial/settlement conference and trial at later dates.

Accordingly, the parties SHALL FILE the joint proposed pretrial order NO LATER THAN **AUGUST 15, 2018**. The pretrial/settlement conference set for June 14, 2018 is VACATED and RESET for **AUGUST 20, 2018** at **11:30 AM**. The trial set for October 17, 2018 is VACATED and RESET for **OCTOBER 9, 2018** at **9:30 AM**.

SO ORDERED.

At San Juan, Puerto Rico, on June 8, 2018.

S/CARMEN CONSUELO CEREZO
United States District Judge